PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS DICKSON,<br><br>Defendant. | CASE NO. 1:15-CR-00252 ADA BAM<br><br>STIPULATION TO SET BRIEFING SCHEDULE; ORDER |

On January 9, 2024, defendant Curtis Dickson filed a pro se motion seeking a reduction in his term of imprisonment pursuant to Amendment 821. Docket No. 23. On January 17, 2024, the Court issued a minute order referring the defendant's motion to the office of the Federal Defender pursuant to General Order 670. Docket No. 24. The minute order also directed that if the Federal Defender's Office has timely assumed representation as provided by General Order 670, then within 14 days the parties shall file a stipulation setting a briefing schedule.[1] Undersigned defense counsel filed a notice of appearance on February 5, 2024. Docket No. 25. The Court issued an Order Appointing Counsel on

---

[1] The parties request permission to file this stipulation out of time. The fourteenth day from the Court's Order appointing undersigned defense counsel was Friday, February 23, 2024. The government did not receive notice defense counsel's notice of appearance, Docket No. 25, or the Court's February 9, 2024, Order Appointing Counsel, Docket No. 26, as these filings are not as a matter of course sent to the Amendment 821 Working Group and the original attorney of record for the government is no longer working for the United States Attorney's Office. Undersigned defense counsel first reached out to undersigned government counsel on Wednesday, February 21, 2024, however counsel for the government was on leave, and did not return to the office until Monday, February 26, 2024.

February 9, 2024.  Docket No. 26.

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request that the Court set the following briefing schedule:

| | |
|---|---|
| Stipulated Motion for Reduction or Defense Supplemental Motion Filed by: | March 27, 2024 |
| Government Response or Opposition Filed by: | May 8, 2024 |
| Defense Reply Filed by: | May 22, 2024 |

    IT IS SO STIPULATED.

Dated:  February 26, 2024

    PHILLIP A. TALBERT
    United States Attorney

    /s/ SHELLEY D. WEGER
    SHELLEY D. WEGER
    Assistant United States Attorney

Dated:  February 26, 2024

    /s/ MARK COLEMAN
    MARK COLEMAN
    Counsel for Defendant
    CURTIS DICKSON

## ORDER

IT IS SO FOUND AND ORDERED this 28th day of February, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE