**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328

Attorneys for Defendant,
    CURTIS DICKSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00252 |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND BRIEFING SCHEDULE AND ORDER.** |
| CURTIS DICKSON, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the briefing schedule in the above-captioned matter be extended as follows:

Stipulated Motion for Reduction or
Defense Supplemental Motion Filed by **April 17, 2024**

Government Opposition/Response to be filed by **May 22, 2024**

Defense Reply to be filed by **June 5, 2024**

This continuance is requested by counsel for Defendant DICKSON due to the fact that counsel needs additional time to obtain documents pertinent to Defendant's request, as well as additional time to correspond with Defendant, who is incarcerated in West Virginia.

Counsel for Defendant has corresponded with Assistant U. S. Attorney, Shelley D. Weger, who has no objection to this continuance.

///

Dated: March 22, 2024.

LAW OFFICE OF MARK W. COLEMAN

  /s/ Mark W. Coleman
MARK W. COLEMAN
Attorney for Defendant
CURTIS DICKSON

Dated: March 22, 2024.

PHILLIP A. TALBERT
United States Attorney

  /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

* * * * *

**ORDER**

IT IS SO ORDERED.

DATED:  March 25, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE