AO 247 (Rev. 03/19) - Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:15-cr-00252-DAD-BAM    Document 42    Filed 02/05/25    Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:15-CR-00252-DAD-BAM |
| CURTIS DICKSON ) | |
| ) | USM No: 09519-007 |
| Date of Original Judgment: 6/13/2016 ) | |
| Date of Previous Amended Judgment: ) | Mark W. Coleman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____63_____ months **is reduced to** _____60 months_____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __06/15/2016__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 4, 2025

*Dale A. Drozd*
*Judge's signature*

Effective Date:  Up to 10 days from the date of this judgment.
*(if different from order date)*

Dale A. Drozd, District Court Judge
*Printed name and title*